UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE EMERGENCY HOUSING CORP., and TRACK RAT ENTERPRISES, INC. d/b/a PERFORMANCE AUTOMOTIVE & TIRE CENTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC. d/b/a/ HP COMPUTING AND PRINTING INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. 5:20-cv-09157-SVK<br><br>[~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO L.R. 6-1 AND 6-2<br><br>Action Filed:  December 17, 2020 |

Having considered the Parties' Stipulation, and good cause appearing, it is **HEREBY ORDERED** that:

(1) Defendant shall have up to and including February 10, 2021 to file its Motion to Dismiss the Complaint;

(2) Plaintiffs shall have up to and including March 12, 2021 to file their Opposition to Defendant's Motion to Dismiss the Complaint; and

(3) Defendant shall have up to and including April 2, 2021 to file its Reply in further support of its Motion to Dismiss the Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 4, 2021

*[signature]*
The Honorable Susan van Keulen
United States Magistrate Judge