Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiffs*
And those similarly situated

[Additional Counsel on Signature Page]

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE, SBN 180578
  sliversidge@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
SARAH KUSHNER, SBN 320077
  smkushner@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

JOSEPH R. ROSE, SBN 279092
  jrose@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

Attorneys for Defendant HP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE EMERGENCY HOUSING CORP., and TRACK RAT ENTERPRISES, INC. d/b/a PERFORMANCE AUTOMOTIVE & TIRE CENTER, and DAVID JUSTIN LYNCH, individually, and on behalf of all those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HP INC. d/b/a HP COMPUTING AND PRINTING, INC.,<br><br>Defendant. | Case No.: 5:20-cv-09157-SVK<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:    TBD<br>Time:    TBD<br>Place:   TBD<br>Judge:   The Hon. Susan van Keulen |

On March 2, 2021, Plaintiffs filed a First Amended Complaint. Dkt. 30. Pursuant to Civil Local Rule 16-9, this Court's Case Management Scheduling Order (Dkt. 4), the Standing Order for Civil Cases in front of the Hon. Susan van Keulen, and the Standing Order for All Judges of the Northern District of

California re. Contents of Joint Case Management Statement, Plaintiffs MOBILE EMERGENCY HOUSING CORP., TRACK RAT ENTERPRISES, INC., and DAVID JUSTIN LYNCH (collectively, "Plaintiffs") and Defendant HP INC. ("HP") (collectively, the "Parties") submit this Supplemental Joint Case Management Statement to address new issues in light of the filing of the First Amended Complaint. The Parties acknowledge that the March 9, 2021 Initial Case Management Conference has been taken off calendar, but submit this statement for the Court's convenience.

### 3. LEGAL ISSUES

The First Amended Complaint <u>added a cause of action under the CLRA</u>, as set forth in subparagraph (f) below:

a) Whether Defendant violated the CFAA, 18 U.S.C. § 1030(a)(5)(A);

b) Whether Defendant violated Cal. Penal Code § 502(c)(1), (4) and (5);

c) Whether Defendant violated the California False Advertising Law, Cal. Bus. & Prof. Code § 17500;

d) Whether Defendant violated the Fraudulent, Unfair, and Unlawful prongs of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200;

e) Whether Defendant's actions constitute trespass to chattels; and

f) Whether Defendant's actions violate Cal. Civ. Code § 1770(a)(15) of the CLRA.

### 4. MOTIONS

<u>Pending Motions</u>

On February 10, 2021, HP moved to dismiss and/or strike the Complaint. Dkt. 24. On March 2, 2021, Plaintiffs filed a First Amended Complaint, among other things, adding Plaintiff Lynch and a claim under the CLRA. Dkt. 30. Accordingly, <u>HP's Motion to Dismiss and/or Strike the Complaint was denied as moot</u>. Dkt. 31.

Anticipated Motions

HP plans to file a Motion to Dismiss and/or Strike Plaintiffs' First Amended Complaint.

**5. AMENDMENTS**

Plaintiffs: On March 2, 2021, Plaintiffs filed their First Amended Complaint <u>adding an additional Plaintiff, David Justin Lynch, and adding claims under the CLRA</u>. Dkt. 30. Plaintiff Lynch may amend his complaint to seek damages under the CLRA after the statutory waiting period.  Plaintiff is entitled to amend without leave of court under Cal Civ. Code § 1782(d) if all of the statutory requirements have been satisfied.

HP: HP reserves the right to oppose any proposed amendment to the First Amended Complaint.

**8. DISCOVERY**

Plaintiffs: Plaintiffs' position is that discovery may now commence.

HP: HP's position is that discovery should be stayed pending resolution of HP's forthcoming Motion to Dismiss and/or Strike Plaintiffs' First Amended Complaint.

**9. CLASS ACTION**

Plaintiffs: The First Amended Complaint <u>revised the class definitions</u>, such that Plaintiffs seek to represent the following classes as described below:

> **Device Owner Class.** All persons and entities in the United States who own a Class Printer.
>
> **Damages Subclass**. All persons and entities in the United States who own a Class Printer that displayed a diagnostic error, such as "Supply Problem" or other similar error code, as a result of HP's transmission of a firmware update.
>
> **State Consumer Subclass.** All persons and entities residing in California and States with a similar consumer protection statute to Cal. Civ. Code 1770(a)(15), who own a Class Printer that displayed a diagnostic error, such as "Supply Problem" or other similar error code, as a result of HP's transmission of a firmware update.

<u>HP</u>: HP does not believe that this matter is appropriate for class certification, or that Plaintiffs may establish a class-wide basis for awarding any monetary or equitable relief.

Dated: March 8, 2021						Respectfully submitted,

By: <u>/s/ Mark L. Javitch</u>            .
JAVITCH LAW OFFICE
Mark L. Javitch (SBN 323729)
480 S. Ellsworth Ave
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

Thomas A. Zimmerman, Jr.*
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
Email: tom@attorneyzim.com
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*
and those similarly situated


Dated: March 8, 2021						Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:   <u>/s/ Samuel Liversidge</u>_____
        Samuel Liversidge

Attorneys for Defendant HP INC.