| | |
|---|---|
| JAVITCH LAW OFFICE<br>Mark L. Javitch, SBN 323729<br>  mark@javitchlawoffice.com<br>480 S. Ellsworth Ave.<br>San Mateo, CA 94401<br>Telephone:   650.781.8000<br>Facsimile:    650.648.0705<br><br>ZIMMERMAN LAW OFFICES, P.C.<br>Thomas A. Zimmerman, Jr. (IL #6231944)<br>  tom@attorneyzim.com<br>77 W. Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>Telephone:   312.440.0020<br>Facsimile:    312.440.4180<br><br>Attorneys for Plaintiffs MOBILE<br>EMERGENCY HOUSING CORP., et al. | GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE, SBN 180578<br>  sliversidge@gibsondunn.com<br>ILISSA SAMPLIN, SBN 314018<br>  isamplin@gibsondunn.com<br>SARAH KUSHNER, SBN 320077<br>  smkushner@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520<br><br>JOSEPH R. ROSE, SBN 279092<br>  jrose@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:   415.393.8200<br>Facsimile:    415.393.8306<br><br>Attorneys for Defendant HP INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE EMERGENCY HOUSING CORP., and TRACK RAT ENTERPRISES, INC. d/b/a PERFORMANCE AUTOMOTIVE & TIRE CENTER, and DAVID JUSTIN LYNCH, individually, and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>HP INC. d/b/a/ HP COMPUTING AND PRINTING INC., a Delaware Corporation,<br><br>             Defendant. | CASE NO. 5:20-cv-09157-SVK<br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT AND EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO L.R. 6-1 AND 6-2**<br><br>Action Filed:  December 17, 2020 |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Mobile Emergency Housing Corp., Track Rat Enterprises, Inc., David Justin Lynch (collectively, "Plaintiffs"), and Defendant HP Inc., by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint (the "Complaint") on December 17, 2020 (Dkt. 1), and served Defendant with the Summons and Complaint on December 21, 2020;

WHEREAS, on March 2, 2021, Plaintiffs filed a First Amended Complaint (Dkt. 30), adding Plaintiff David Justin Lynch ("Lynch") and a claim for injunctive relief under the California Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1770, *et seq.*;

WHEREAS, on March 19, 2021, Plaintiffs filed their Second Amended Complaint (Dkt. 39), adding Plaintiff Lynch's claim for damages under the CLRA;

WHEREAS, on April 7, 2021, the Parties met and conferred regarding the filing of the Third Amended Complaint and extending the briefing schedule for Defendant's forthcoming Motion to Dismiss the Third Amended Complaint;

WHEREAS, Plaintiffs' filing of a Third Amended Complaint moots the April 9, 2020 deadline for Defendant to file a Motion to Dismiss the Second Amended Complaint;

WHEREAS, the proposed stipulated extension does not request alteration of any event or deadline already fixed by Court order; and

WHEREAS, the Parties have agreed to three prior extensions of time in this action, and the Parties agree that this stipulation does not waive any right of the parties to agree to or request further extensions in this action.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Civil Local Rules 6-1 and 6-2 and subject to the approval of the Court, that Plaintiffs may file their Third Amended Complaint, a proposed copy of which is attached as Exhibit "A" to the Declaration of Mark L. Javitch, ¶ 4, submitted concurrently herewith. A redlined copy of the Third Amended Complaint showing the changes from the Second Amended Complaint is attached as "Exhibit B" to the Javitch Declaration. *Id*. at ¶ 5. Plaintiffs' filing of the Third Amended Complaint moots the April 9, 2020 deadline for Defendant to file a Motion to Dismiss the Second Amended Complaint. Defendant's Motion to

| | |
|---|---|
| 1 | Dismiss the Third Amended Complaint shall be due by May 24, 2021; Plaintiffs' Opposition shall be |
| 2 | due by June 24, 2021; and Defendant's Reply shall be due by July 14, 2021. |
| 3 | **IT IS SO STIPULATED.** |

Dated: April 8, 2021                    JAVITCH LAW OFFICE

By:     */s/ Mark L. Javitch*
             Mark. L. Javitch

ZIMMERMAN LAW OFFICES, P.C.

By:     */s/ Thomas A. Zimmerman, Jr.*
             Thomas A. Zimmerman, Jr.

Attorneys for Plaintiffs MOBILE EMERGENCY HOUSING CORP. et al.

Dated: April 8, 2021                    GIBSON, DUNN & CRUTCHER LLP

By:     */s/ Joseph R. Rose*
             Joseph R. Rose

Attorneys for Defendant HP INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 9, 2021          By: [signature]
                              Hon. Susan van Keulen
                              United States Magistrate Judge