UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE EMERGENCY HOUSING CORP., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>HP, INC.,<br><br>        Defendant. | Case No. 20-cv-09157-SVK<br><br>**ORDER RE JOINT SUBMISSION RE PROPOSED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 56 |

The Court is in receipt of the Parties' Joint Submission Regarding Proposed Protective Order and has reviewed the competing language proposed for the definition of "Expert" that will be included in the protective order. Dkt. 56. Given the nature of the dispute, the Court finds Plaintiffs' proposed language is inadequate. Defendant's proposed language, however, introduces uncertainty. Accordingly, the Court will modify Exhibit A [Dkt. 56-1] to reflect the definition of "Expert" employed in the Northern District of California's Model Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets. The Court will enter the Order on **March 30, 2022**. If the Parties submit a further joint proposal, without dispute, before that date, the Court will consider it.

**SO ORDERED.**

Dated: March 23, 2022

SUSAN VAN KEULEN
United States Magistrate Judge