| | |
|---|---|
| MARK L. JAVITCH (CA SBN 323729)<br>JAVITCH LAW OFFICE<br>3 East 3rd Ave. Ste. 200<br>San Mateo, CA 94401<br>Telephone: (650) 781-8000<br>Facsimile: (650) 648-0705<br>mark@javitchlawoffice.com<br><br>*Attorney for Plaintiffs*<br>And those similarly situated<br><br>[Additional Counsel on Signature Page] | GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE, SBN 180578<br>  sliversidge@gibsondunn.com<br>ILISSA SAMPLIN, SBN 314018<br>  isamplin@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520<br><br>JOSEPH R. ROSE, SBN 279092<br>  jrose@gibsondunn.com<br>SEAN HOWELL, SBN 315967<br>  showell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:   415.393.8200<br>Facsimile:    415.393.8306<br><br>*Attorneys for Defendant HP Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE EMERGENCY HOUSING CORP., and TRACK RAT ENTERPRISES, INC. d/b/a PERFORMANCE AUTOMOTIVE & TIRE CENTER, and DAVID JUSTIN LYNCH, individually, and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>HP INC. d/b/a/ HP COMPUTING AND PRINTING INC., a Delaware Corporation,<br><br>         Defendant. | CASE NO. 5:20-cv-09157-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE PURSUANT TO CIVIL L.R. 6-2**<br><br>Hon. Susan van Keulen |

1  Pursuant to Civil Local Rule 6-2, and subject to the approval of the Court, Plaintiffs MOBILE
2  EMERGENCY HOUSING CORP., TRACK RAT ENTERPRISES, INC., and DAVID JUSTIN
3  LYNCH (collectively, "Plaintiffs") and Defendant HP INC. ("HP") (collectively, the "Parties"), by and
4  through their undersigned counsel, hereby stipulate and agree as follows:

5  WHEREAS on June 14, 2022, the Court adopted the case schedule proposed by the Parties in
6  this matter and set March 3, 2023 as the close of fact discovery;

7  WHEREAS HP substantially completed its custodial document production responsive to
8  Plaintiffs' first set of requests for production on December 30, 2022;

9  WHEREAS the Parties met and conferred telephonically on January 30, January 31, and
10  February 17, 2023, regarding various issues related to HP's responses to Plaintiffs' discovery requests,
11  but were unable to resolve their issues;

12  WHEREAS the Court entered an amended case management order on February 14, 2023,
13  extending the close of fact discovery to April 3, and ordered HP to complete its production outside of
14  the disputed issues by February 22, 2023 (Dkt. 90 at 1);

15  WHEREAS HP proceeded to complete its document production outside of the disputed issues
16  on February 22, 2023;

17  WHEREAS the Parties filed a Joint Discovery Statement regarding the remaining discovery
18  disputes on February 24, 2023 (Dkt. 102);

19  WHEREAS the Court ruled on the Parties' Joint Discovery Statement on March 6, 2023, among
20  other things overruling HP's objections to Plaintiffs' asserted relevant time period, and ordered HP to
21  provide additional information in response to interrogatories and to produce additional documents (Dkt.
22  103);

23  WHEREAS HP is currently evaluating the scope of the additional document collection, review,
24  and production necessary to comply with the Court's order, but believes that it may need to review
25  thousands or perhaps tens of thousands of additional documents, and does not anticipate that the process
26  can reasonably be completed in time for depositions to be completed by April 3, 2023;

27  WHEREAS in addition to written discovery, Plaintiffs intend to take the depositions of certain
28  of HP's officers, employees, agents, or representatives, but request that discovery be sequenced so that

depositions are taken after HP completes its document production;

WHEREAS the fact discovery cutoff is currently set for April 3, 2023 (Dkt. 90 at 1);

WHEREAS a modest extension of the deadlines set in the Amended Case Management Order would permit sequencing of discovery such that HP would complete its document production, then the Parties could complete their depositions;

WHEREAS the Parties agree that this stipulation does not waive any right of the Parties to agree to or request further extensions in this action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-2 and subject to the approval of the Court, that the deadlines set in the Amended Case Management Order will be extended as follows:

| Scheduled Event | Operative Deadline (Dkt. 90) | Proposed Date As Modified |
| --- | --- | --- |
| Last Day to Respond to Written Discovery Requests and Produce Responsive Documents[1] | 4/3/2023 | 5/1/2023 |
| Close of Fact Discovery | 4/3/2023 | 6/1/2023 |
| Motion for Class Certification Deadline | 5/1/2023 | 6/29/2023 |
| Depositions of Plaintiffs' Class Certification Experts | 5/30/2023 | 7/27/2023 |
| Response to Motion for Class Certification | 6/26/2023 | 8/24/2023 |
| Depositions of HP's Class Certification Experts | 7/24/2023 | 9/21/2023 |
| Reply in Support of Motion for Class Certification | 8/14/2023 | 10/12/2023 |
| Motion for Class Certification Hearing | 9/12/2023 | 11/14/2023 |
| ADR/Initial Mediation | 30 days after ruling on class certification | 30 days after ruling on class certification |
| Status Report on Initial Mediation | 7 days after mediation | 7 days after mediation |

---

[1] Not separately identified in the Court's Amended Case Management Order (Dkt. 90).

| Initial Expert Reports Due | 45 days after ruling on class certification | 45 days after ruling on class certification |
|---|---|---|
| Third-Party and Expert Discovery Cutoff | 90 days after ruling on class certification | 90 days after ruling on class certification |
| Deadline for Filing Dispositive Motions | 120 days after ruling on class certification | 120 days after ruling on class certification |
| Final Pretrial Conference | TBD by Court | TBD by Court |
| Trial | TBD by Court | TBD by Court |

**IT IS SO STIPULATED AND AGREED.**

Dated: March 14, 2023         JAVITCH LAW OFFICE

By: */s/ Mark Javitch*
JAVITCH LAW OFFICE
Mark L. Javitch (SBN 323729)
480 S. Ellsworth Ave
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

Thomas A. Zimmerman, Jr.*
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
Email: tom@attorneyzim.com
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*
and those similarly situated

Dated: March 14, 2023         GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Samuel Liversidge*
            Samuel Liversidge

Attorneys for Defendant HP INC.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: _____March 15_____, 2023

3

4

5                                              _____
                                                      HON. SUSAN VAN KEULEN
                                                         U.S. Magistrate Judge

**SIGNATURE ATTESTATION**

I, Samuel Liversidge, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: March 14, 2023					GIBSON, DUNN & CRUTCHER LLP

							By:  /s/ Samuel Liversidge
								Samuel Liversidge

							Attorneys for Defendant HP Inc.