| | |
|---|---|
| MARK L. JAVITCH (CA SBN 323729)<br>JAVITCH LAW OFFICE<br>3 East 3rd Ave. Ste. 200<br>San Mateo, CA 94401<br>Telephone: (650) 781-8000<br>Facsimile: (650) 648-0705<br>mark@javitchlawoffice.com<br><br>*Attorney for Plaintiffs*<br>And those similarly situated<br><br>[Additional Counsel on Signature Page] | GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE, SBN 180578<br>  sliversidge@gibsondunn.com<br>ILISSA SAMPLIN, SBN 314018<br>  isamplin@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:   213.229.7000<br>Facsimile:   213.229.7520<br><br>JOSEPH R. ROSE, SBN 279092<br>  jrose@gibsondunn.com<br>SEAN HOWELL, SBN 315967<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone:   415.393.8200<br>Facsimile:   415.393.8306<br><br>*Attorneys for Defendant HP INC.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE EMERGENCY HOUSING CORP., and TRACK RAT ENTERPRISES, INC. d/b/a PERFORMANCE AUTOMOTIVE & TIRE CENTER, and DAVID JUSTIN LYNCH, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>HP INC. d/b/a/ HP COMPUTING AND PRINTING INC., a Delaware Corporation,<br><br>　　　　　　　Defendant. | CASE NO. 5:20-cv-09157-SVK<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND [PROPOSED] ORDER TO VACATE SUMMARY JUDGMENT HEARING AND SUSPEND PENDING MOTIONS**<br><br>Hon. Susan van Keulen<br><br>Action Filed:  December 17, 2020 |

Gibson, Dunn & Crutcher LLP

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND [PROPOSED] ORDER TO VACATE SUMMARY JUDGMENT HEARING AND SUSPEND PENDING MOTIONS
5:20-CV-09157-SVK

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs MOBILE EMERGENCY HOUSING CORP., TRACK RAT ENTERPRISES, INC., and DAVID JUSTIN LYNCH (collectively, "Plaintiffs") and Defendant HP INC. ("HP"), by and through their respective undersigned counsel, hereby notify the Court that the parties have reached an agreement in principle to settle all claims in this case, subject to the execution of a full settlement agreement, and subject to the Court's approval. Accordingly, the parties hereby STIPULATE AND AGREE as follows:

- The hearing on the parties' cross-motions for summary judgment currently scheduled for August 20, 2024 (see Dkt. 180), is hereby vacated;
- All pending motions (Dkts. 159, 162, 168, 169, 175, 176, 182, 185) are hereby suspended, pending final approval of the settlement agreement;
- The parties will attempt to reduce their agreement in principle to a full settlement agreement, and will notify the Court no later than September 20, 2024, whether they have successfully done so; and
- Plaintiffs will file a motion for preliminary settlement approval no later than October 11, 2024.

**IT IS SO STIPULATED.**

Gibson, Dunn & Crutcher LLP

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND [PROPOSED] ORDER TO VACATE SUMMARY JUDGMENT HEARING AND SUSPEND PENDING MOTIONS
5:20-CV-09157-SVK

| | | |
|---|---|---|
| 1 | Dated: August 12, 2024 | ZIMMERMAN LAW OFFICES, P.C. |

By: /s/ Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr.*
Jeffrey D. Blake*
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
Email: tom@attorneyzim.com
Email: jeff@attorneyzim.com
*Admitted *Pro Hac Vice*

JAVITCH LAW OFFICE
Mark L. Javitch (SBN 323729)
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
*Attorneys for Plaintiffs*
and those similarly situated

Dated: August 12, 2024         GIBSON, DUNN & CRUTCHER LLP

By:   /s/   Samuel Liversidge
         Samuel Liversidge

Attorneys for Defendant HP INC.

2
JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND [PROPOSED] ORDER TO VACATE SUMMARY JUDGMENT HEARING AND SUSPEND PENDING MOTIONS
5:20-CV-09157-SVK

Gibson, Dunn & Crutcher LLP

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: August 12, 2024

_____
HON. SUSAN VAN KEULEN
U.S. Magistrate Judge

3
JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND [PROPOSED] ORDER TO VACATE SUMMARY JUDGMENT HEARING AND SUSPEND PENDING MOTIONS
5:20-CV-09157-SVK

Gibson, Dunn & Crutcher LLP

**SIGNATURE ATTESTATION**

I, Samuel Liversidge, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated:  August 12, 2024                    GIBSON, DUNN & CRUTCHER LLP

By:   <u>  /s/     Samuel Liversidge             </u>
                Samuel Liversidge

Attorneys for Defendant HP INC.

4

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION AND [PROPOSED] ORDER TO VACATE SUMMARY JUDGMENT HEARING AND SUSPEND PENDING MOTIONS
5:20-CV-09157-SVK

Gibson, Dunn & Crutcher LLP