# Exhibit 1

## CERTIFICATE OF SERVICE

I, Sean Howell, declare that I am employed in the County of San Francisco, State of California, am over the age of eighteen years, and am not a party to this action. I am employed by Gibson, Dunn & Crutcher LLP, attorneys for Defendant HP Inc. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111-3715. On November 4, 2024, I served the following document:

**SETTLEMENT AGREEMENT AND RELEASE IN MOBILE EMERGENCY HOUSING CORP. V. HP INC., NO. 5:20-CV-09157-SVK (N.D. CAL.)**

on the parties listed below, via electronic mail.

S. Jarret Raab
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
jraab@milberg.com

Peggy J. Wedgworth
100 Garden City Pl – Ste 500
Garden City, NY 11530
Tel.: (212) 594-5300
pwedgworth@milberg.com

Arthur Stock
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (865) 247-0080
astock@milberg.com

Jimmy W. Mintz
Austin M. Krtausch
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel.: (786) 879-8200
jmintz@milberg.com
akrtausch@milberg.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2024          */s/ Sean Howell*
                                       Sean Howell

Gibson, Dunn &
Crutcher LLP